IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY ANN HOOD,<br><br>          Appellant,<br><br>vs.<br><br>DANA S. FRAZIER, *Trustee*,<br><br>          Appellee. | Case No. 11-cv-883-JPG<br><br>Consolidated with: |
| MARY ANN HOOD,<br><br>          Appellant,<br><br>vs.<br><br>DANA S. FRAZIER, *Trustee*,<br><br>          Appellee. | Case No. 11-cv-1139-JPG<br><br>Consolidated with: |
| MARY ANN HOOD,<br><br>          Appellant,<br><br>vs.<br><br>DANA S. FRAZIER, *Trustee*,<br><br>          Appellee. | Case No. 11-cv-1140-JPG |

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this Court lacks jurisdiction to hear Mary Ann Hood's appeal from the bankruptcy court and judgment is entered in favor of appellee Dana S. Frazier, Trustee and against appellant Mary Ann Hood.

**NANCY J. ROSENSTENGEL**

By:s/Deborah Agans, Deputy Clerk

**IT IS SO ORDERED**
**DATED:** November 16, 2012

**Approved:**     s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**